# EXHIBIT B

# naturaled

## Tube

> Retrofit for T8 & T12 fluorescent tube
> Excellent color consistency
> No flickering/ Noise-free design
> UL/cUL Listed
> Universal Voltage 120-277V
> Rated 40,000 hours average life

### Applications
Conference/ Meeting Room, Factory, Office, School/ University, Hospital, Hotel

### Wiring Methods






| Item | Description | Color Temp | Wattage | Output Lumen | Bulb | Base | Lens | Equiv. Wattage | CRI | DLC |
|---|---|---|---|---|---|---|---|---|---|---|
| 5778 | LED10T8/24FR10/840 | 4000K | 10W | 1,000 | 24″ | 2-pin | Frosted | 17W | >80 | • |
| 5774 | LED10T8/24FR10/850 | 5000K | 10W | 1,050 | 24″ | 2-pin | Frosted | 17W | >80 | • |
| 5779 | LED10T8/36FR10/840 | 4000K | 10W | 1,000 | 36″ | 2-pin | Frosted | 25W | >80 | |
| 5780 | LED10T8/36FR10/850 | 5000K | 10W | 1,050 | 36″ | 2-pin | Frosted | 25W | >80 | |
| 5817 | LED14T8/FR17/840 | 4000K | 14W | 1,700 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5818 | LED14T8/FR17/850 | 5000K | 14W | 1,750 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5819 | LED16T8/FR17/840 | 4000K | 16W | 1,750 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5820 | LED16T8/FR18/850 | 5000K | 16W | 1,850 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5775 | LED18T8/FR19/840 | 4000K | 18W | 1,900 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5776 | LED18T8/CL19/840 | 5000K | 18W | 1,900 | 48″ | 2-pin | Clear | 32W | >80 | |
| 5773 | LED18T8/FR19/850 | 5000K | 18W | 1,900 | 48″ | 2-pin | Frosted | 32W | >80 | • |
| 5777 | LED18T8/CL19/850 | 5000K | 18W | 1,900 | 48″ | 2-pin | Clear | 32W | >80 | |
| 5811 | LED40T8/96FR43/840 | 4000K | 40W | 4,300 | 96″ | 1-pin | Frosted | 75W | >80 | |
| 5812 | LED40T8/96FR43/850 | 5000K | 40W | 4,300 | 96″ | 1-pin | Frosted | 75W | >80 | |

### Dimension

| Description | Diameter (in/mm) | Length(in/mm) | Weight (lbs) | Package (Inner/Master) |
|---|---|---|---|---|
| 2 ft | 1 / 25.4 | 24 / 610 | 0.50 | 1/20 |
| 3 ft | 1 / 25.4 | 36 / 915 | 0.50 | 1/20 |
| 4 ft | 1 / 25.4 | 48 /1219 | 0.80 | 1/20 |
| 8 ft | 1 / 25.4 | 96 / 2438 | 1.50 | 1/20 |






▸ Contact Us   2000 S. Grove Ave, Bldg B   tel: 909-930-6868 tel: 888-758-7443
Ontario, CA 91761   fax: 909-930-9988   www.mynaturaLED.com