# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 15-053-RGA |
| SERVICE LIGHTING AND ELECTRICAL<br>SUPPLIES, INC. d/b/a/ 1000BULBS.COM,<br>and PRECISION LIGHTING AND<br>TRANSFORMER, INC. | )<br>)<br>)<br>)<br>) | |
| Defendant. | )<br>) | |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 15-054-RGA |
| AMAZON.COM, INC., | )<br>) | |
| Defendant. | )<br>) | |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 15-056-RGA |
| ELB ELECTRONICS, INC., | )<br>)<br>) | |
| Defendant. | )<br>) | |

| | | |
|---|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-057-RGA |
| ETi SOLID STATE LIGHTING, INC., | ) ) ) | |
| Defendant. | ) ) | |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-058-RGA |
| FEIT ELECTRIC COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) | |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-059-RGA |
| GREEN CREATIVE, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-060-RGA |
| LEDWHOLESALERS.COM, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

| | | |
|---|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME EVER, INC.<br>d/b/a LIGHTING EVER, INC.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-061-RGA |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUSRITE USA, CORP.<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-062-RGA |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>3NLED LIGHTING USA, INC.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-063-RGA |
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>KOBI ELECTRIC, INC.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-064-RGA |

## **STIPULATION AND [PROPOSED ORDER]**

**WHEREAS**, on April 8, 2016, the parties submitted letters to the Court regarding disputed portions of the proposed protective order in the above captioned actions (D.I. 36 and 37)[1];

**WHEREAS**, the Court has scheduled a hearing on the protective order dispute for May 5, 2016, at 2:00 p.m. (D.I. 38);

**WHEREAS**, pursuant to paragraph 3(a)(ii) of the Scheduling Order, (D.I. 29), Defendants are to produce core technical documents related to the accused products and sales and revenue figures for the accused products by April 22, 2016; and

**WHEREAS**, Local Rule 26.2 generally provides that if a protective order has not yet been entered then those attorneys who have entered an appearance or been admitted *pro hac vice* may review confidential documents, however, one of the main disputes between the parties regarding the proposed protective order is whether in-house counsel for Plaintiff Blackbird Tech LLC d/b/a Blackbird Technologies ("Blackbird"), including those who have been admitted *pro hac vice* in this case, will have access to documents marked "Highly Confidential" or "Highly Confidential—Subject to Prosecution Bar;"

**IT IS HEREBY STIPULATED** by the parties that in-house counsel for Blackbird will not review or have any access to documents produced by Defendants marked "Highly Confidential Pursuant" or "Highly Confidential—Subject to Prosecution Bar" while the parties wait for the Court to rule upon the protective order dispute in the above captioned actions. Any future access to documents marked "Highly Confidential" or "Highly Confidential—Subject to Prosecution Bar" will be governed by the entered protective order.

---

[1] All docket entry references are to C.A. No. 15-053-RGA.

**IT IS HEREBY FURTHER STIPULATED** by the parties, subject to the approval of the Court that:

(1)     The time under paragraph 3(a)(iii) of the Scheduling Order for Plaintiff to produce to the Defendants an initial claim chart relating each accused product to the asserted claims each product allegedly infringes is extended by a number of days equal to the days between April 22, 2016 and the date on which the Court enters a protective order in this case; and

(2)     The time under paragraph 3(a)(iv) of the Scheduling Order for Defendants to produce to the Plaintiff their initial invalidity contentions for each asserted claim, as well as the related invaliding references (e.g. publications, manuals and patents), is extended until 28 days after the Plaintiff produces initial claim charts pursuant to paragraph (1) above and paragraph 3(a)(iii) of the Scheduling Order.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> *Attorneys for Plaintiff* <br> *Blackbird Tech IP LLC d/b/a Blackbird Technology* | By: /s/ *Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Alan R. Silverstein (#5066) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE  19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com <br> asilverstein@potteranderson.com <br><br> *Attorneys for Defendants Service Lighting and Electrical Supplies, Inc., Precision Lighting and Transformer, Inc., ETi Solid State Lighting, Inc., Green Creative, LLC,  PlusRite USA, Corp., and Kobi Electric, Inc.* |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
| By: */s Michael J. Flynn*<br>    Karen Jacobs (#2881)<br>    Michael J. Flynn (#5333)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    (302) 351-9661<br>    kjacobs@mnat.com<br>    mflynn@mnat.com | By: */s/ Kelly E. Farnan*<br>    Kelly E. Farnan (#4395)<br>    Selena E. Molina (#5936)<br>    One Rodney Square<br>    920 N. King Street<br>    Wilmington, DE 19801<br>    (302) 651-7705<br>    farnan@rlf.com<br>    molina@rlf.com |
| *Attorneys for Defendants Amazon.com, Inc., ELB Electronics, Inc., Feit Electric Company, Inc.* | *Attorneys for Defendants LEDwholesalers.com Inc., Home Ever Inc. d/b/a Lighting Ever Inc., 3NLED Lighting USA Inc.* |

April 21, 2016

      **SO ORDERED**, this _____ day of _____, 2016.

                                          _____
                                          UNITED STATES DISTRICT JUDGE